IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SIZEWISE RENTALS, LLC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-9020-MC-W-DW |
| ) | |
| ENCOMPASS GROUP, LLC, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

/s/ DEAN WHIPPLE

Dean Whipple

United States District Court Judge

Date: November 28, 2007